**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  5:10-CR-16 (HL)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ALONZA JAMAAL GOOLSBY** | **:** | |
| _____ | **:** | |

## ORDER

Upon the motion of the government, and for the reasons stated in said motion, the pending

indictment against **ALONZA JAMAAL GOOLSBY** is hereby dismissed.

SO ORDERED this 30th day of June, 2010.


*s/  Hugh Lawson*
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE


Presented by:


s/MICHAEL T. SOLIS
BAR NO. 666480
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1702
MACON, GEORGIA 31202
Telephone: (478) 752-3511
Fax: (478) 621-2655